UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

- against -

RICHARD LOZANO,

        Defendant.

- - - - - - - - - - - - - - -X

Cr. No. 01-0072

(Wexler, J.)

## **FINAL ORDER OF FORFEITURE**

WHEREAS, on March 14, 2005, this Court entered a Preliminary Order of Forfeiture (the "Preliminary Order"), wherein the Defendant RICHARD LOZANO (The "Defendant), agreed to forfeit certain property pursuant to 21 U.S.C. § 853, as property that constitutes or is derived from proceeds the Defendant obtained as a result of his violation of 21 U.S.C. § 841, and/or as property traceable thereto, and/or as substitute assets pursuant to 21 U.S.C. § 853(p); and

WHEREAS, in satisfaction of the Defendant's forfeiture obligation to the United States, the Defendant agreed to forfeit the following assets:

    a)    United States currency in the amount of two thousand and fifty seven dollars and no cents ($2,057.00) recovered from the Defendant at the southwest corner of the Long Island Expressway and Wicks Road, Suffolk County, New York;

b) ten thousand seven hundred and fifty three dollars and no cents ($10,753.00) in United States currency, more or less, and all proceeds traceable thereto, recovered from the Defendant at 2449 Forrest Boulevard, Islip, New York; and

c) one white 1998 Acura, VIN JH4KA9668WC012506, (collectively referred to as the "Forfeited Assets"); and

WHEREAS, legal notice of the Preliminary Order was published in the New York Post, a newspaper of general circulation in this district, on July 1, 2005, July 8, 2005, and July 15, 2005, and no petition or claim to the Forfeited Assets has been filed.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED AND DECREED, that all right, title and interest in the Forfeited Assets is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law as property that constitutes or is derived from proceeds the Defendant obtained as a result of his violation of 21 U.S.C. § 841, and/or as property traceable thereto, and/or as substitute assets pursuant to 21 U.S.C. § 853(p); and

IT IS FURTHER ORDERED, ADJUDGED AND DECREED, that the Department of Treasury and all of its duly authorized agents and/or contractors are hereby authorized to seize and dispose of the Forfeited Assets in accordance with all laws and regulations; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the

United States District Court for the Eastern District of New York shall retain jurisdiction in the case for the purpose of enforcing the Preliminary Order and this Final Order of Forfeiture and any supplemental final orders of forfeiture as may be necessary; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED that, pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, this Final Order of Forfeiture shall become final as to the defendant RICHARD LOZANO and at the time of sentencing shall be made part of the defendant's sentence and included in the judgment of conviction; and

IT IS FURTHER ORDERED, ADJUDGED and DECREED that the Clerk of the Court shall forward five certified copies of this Final Order to the United States Attorney's Office, 610 Federal Plaza, 5th Floor, Central Islip, New York 11722, Attn: Assistant U.S. Attorney Richard T. Lunger.

Dated: Central Islip, New York
August 16, 2007

HONORABLE LEONARD D. WEXLER
UNITED STATES DISTRICT JUDGE